AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DWAYNE LARNELL MORGAN

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:24-cv-00068

DOCTOR GRACH, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed May 14, 2025, the Magistrate Judge's Report and Recommendation is adopted. Plaintiff's Complaint is dismissed. This case stands closed.



5/14/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020